FORM EXEMPT UNDER 44 U S C 3512

INTERNET FORM NLRB-501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 13-CA-46694 | 4/7/11 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Nexeo Solutions, LLC f/k/a TPG Accolade, LLC

b. Tel. No. 708-588-2935
c. Cell No.
f. Fax No. 708-588-2984

d. Address (Street, city, state, and ZIP code): 8500 Willow Springs Road, Willow Springs, IL 60480

e. Employer Representative: Anthony Kuk, Plant Manager

g. e-Mail

h. Number of workers employed: 35

i. Type of Establishment (factory, mine, wholesaler, etc.): Distribution and trucking facility

j. Identify principal product or service: Oil distribution

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (5) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

### 2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about April 1, 2011, Respondent unilaterally changed terms and conditions of employment for bargaining unit employees without bargaining to impasse with the Union, in violation of Sections 8(a)(5) and (1).

The Union requests injunctive relief under Section 10(j).

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Teamsters Local Union 705

4a. Address (Street and number, city, state, and ZIP code): 1645 W. Jackson Blvd., 7th Floor, Chicago, IL 60612
ATTN: Neil Messino

4b. Tel. No. 312-738-2800
4c. Cell No.
4d. Fax No. 312-738-2823
4e. e-Mail: nmessino@l705ibt.org

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization): International Brotherhood of Teamsters

### 6 DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By (signature of representative or person making charge): N. Elizabeth Reynolds, attorney (Print/type name and title or office, if any)

Allison, Slutsky & Kennedy, P.C.
Address 230 W. Monroe, Suite 2600, Chicago, IL 60606

(date) 4/7/11

Tel. No. 312-364-9400
Office, if any, Cell No. 773-414-5414
Fax No. 312-364-9410
e-Mail: reynolds@ask-attorneys.com

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary, however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Exhibit A