IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER SUNG OHR, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>NEXEO SOLUTIONS, LLC,<br><br>Respondent. | Case No. 12-CV-01226<br><br>Judge: John W. Darrah<br>Magistrate Judge Sheila M. Finnegan |

## RESPONDENT NEXEO SOLUTIONS, LLC'S PREHEARING STATEMENT

Respondent Nexeo Solutions, LLC ("Nexeo" or the "Company") hereby submits the following prehearing statement on the matters scheduled to be addressed at the status conference in this case on April 18, 2012.

There are two matters to be addressed at the conference. One is the status of the parties' attempt to resolve their dispute over the right of Nexeo to the discovery at issue in the motion to quash filed by Petitioner on March 22, 2012 (Docket No. 27), which the Court denied on March 29, 2012 (Docket No. 31). Following the hearing on Petitioner's motion, the parties met and conferred as directed by the Court and reached agreement on the discovery to be provided by Petitioner. Nexeo has been provided with that discovery. This first matter is therefore moot.

The second matter to be addressed is the motion filed by Petitioner on March 8, 2012, suggesting how the Court should try his petition for a preliminary injunction (Docket No. 16). In that motion, Petitioner suggests that the Court should: (1) consider only the record from the

-2-

administrative hearing in the unfair labor practice case from this case stems in deciding whether he is likely to succeed on the merits of that case; (2) limit the testimony it takes at the evidentiary hearing to only the equitable criteria he bears the burden of establishing; and (3) permit oral argument on the merits of his petition at the conclusion of the evidentiary hearing. (Docket Nos. 16 and 22). In its brief in response to the motion, Nexeo expressed four concerns with the approach suggested by Petitioner. Each has now been resolved.

The first concern voiced by Nexeo related to Petitioner's suggestion that the Court consider only the record from the administrative hearing in determining if Petitioner has a reasonable likelihood of success on the merits in the unfair labor practice case. Based upon the evidence introduced at the administrative hearing, which was held on April 2 - 4, 2012, the Company is no longer concerned about the matter it raised in its brief. It therefore has no objection to the Court's deciding if Petitioner has met his burden of proving a reasonable likelihood of success on the merits based upon the administrative record.

The second and third concerns expressed by Nexeo involved discovery-related issues that no longer exist. The Court granted Nexeo's motion for expedited discovery (Docket No. 25) and, again, Petitioner has provided Nexeo with the mutually agreed-upon discovery.

The final concern expressed by Nexeo was that, in proposing that the Court permit the parties to orally argue the merits of the petition at the conclusion of the evidentiary hearing, Petitioner was suggesting that post-hearing briefs were unnecessary. Petitioner has since sought the Company's position on a briefing schedule that he indicated he intended to propose to the Court. While the Company did not agree to the schedule, that Petitioner proposed one indicates that Nexeo's concern has been resolved. Its position remains, as stated in its brief, that, if the Court deems oral argument to be necessary, it should schedule the argument after the petition is

-3-

fully briefed.

                                          Respectfully submitted,

                                          */s/ Adam C. Wit*

                                          */s/ David A. Kadela*

                                          Attorneys for Respondent

Adam C. Wit
David A. Kadela
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

Dated:  April 17, 2012

-4-

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2012, I electronically filed **Respondent Nexeo Solutions, LLC's Prehearing Statement** with the Clerk of the Court, using the CM/ECF filing system, which will send such notification to the following:

J. Edward Castillo
R. Jason Patterson
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, IL 60604

Thomas D. Allison
N. Elizabeth Reynolds
Allison, Slutsky & Kennedy, P.C.
230 Wet Monroe Street, Suite 2600
Chicago, IL 60606

*/s/ Adam C. Wit*
Attorney for Respondent

Firmwide:110512794.1 067415.1002