# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Peter Sung Ohr

                     Plaintiff,

v.                                   Case No.: 1:12–cv–01226
                                        Honorable John W. Darrah

Nexeo Solutions, LLC

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

      MINUTE entry before Honorable John W. Darrah: Status hearing and ruling on motion hearing held. Motion to try the petition for preliminary injunction under Section 10(J) of the NLRA on basis of the ALJ's hearing transcript and exhibits and for oral argument [16] is granted in part and denied in part [16]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.