UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER SUNG OHR, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>NEXEO SOLUTIONS, LLC<br><br>Defendant | Civil No. 12-CV-01226<br><br>Judge John W. Darrah |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on April 23, 2012, a CD containing an electronic version of the transcript of the administrative hearing before the National Labor Relations Board on April 2-4, 2012 was filed with the United States District Court for the Northern District of Illinois, Eastern Division. Petitioner also provided the Court with a courtesy hard copy of GC Exhibit 8, the Purchase Sales Agreement.

DATED at Chicago, Illinois this 23 day of April, 2012.

R. Jason Patterson
J. Edward Castillo
Counsel for Petitioner
National Labor Relations Board, Region 13
209 S. LaSalle Street, Suite 900

Chicago, Illinois 60604